UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SALTA GROUP, INC., | ) | Case No. 12-14899 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**FINAL REPORT AND ACCOUNT AND SCHEDULE OF UNPAID OBLIGATIONS INCURRED FOR SALTA GROUP, INC. FOR THE PERIOD OF APRIL 12, 2012 THROUGH MAY 31, 2012**

Salta Group, Inc. for its final accounting pursuant to Bankruptcy Rule 1019(5) for the period of April 12, 2012 through May 31, 2012 (the "*Report Period*"), respectfully reports and represents:

1. An order for relief under chapter 11 of the Bankruptcy Code was entered against the debtor in an involuntary proceeding on April 12, 2012.

2. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Salta Group remained in possession of its assets and operated as debtor-in-possession through May 31, 2012.

3. On May 31, 2012, an order was entered appointing Alex Moglia as the chapter 11 trustee for Salta Group and Mr. Moglia took over control and operation of the Salta Group. Thereafter, Salta Group was no longer a debtor-in-possession.

4. Marshall Atlas, the President of Salta Group, turned over Salta Group's assets and whatever company books and records in his possession to Mr. Moglia.

5. An order converting the case to a case under chapter 7 of the Bankruptcy Code was entered on October 22, 2012 and Alex Moglia was appointed interim chapter 7 trustee.

1

6. Schedule "A" which is attached hereto lists all receipts and disbursements made by Salta Group during the Report Period that have not been included in one of the monthly reports filed by the debtor in possession during the pendency of the chapter 11 case.

7. Mr. Atlas is not aware of any unpaid debts incurred by Salta Group during the Report Period other than the fees and expenses incurred by Salta Group's bankruptcy counsel, the Law Office of William J. Factor, Ltd. (the "*Factor Firm*"), which fees and expenses will be detailed in the Factor Firm's application for allowance of its fees and expenses as a chapter 11 administrative expense claim.

8. Schedule "C" which is attached hereto is a schedule of property listed in the original schedule of assets filed in the case which were disposed of during the chapter 11 case, either in the regular course of business or pursuant to an order of the court.

Dated: January 8, 2013

SALTA GROUP, INC.

By *[signature]*
Marshall Atlas, President

William J. Factor (6205675)
**THE LAW OFFICE OF
WILLIAM J. FACTOR, LTD.**
105 W. Madison St., Suite 1500
Chicago, IL 60602
Tel:   (847) 239-7248
Fax:   (847) 574-8233

2

## CERTIFICATION

I, Marshall Atlas, President of Salta Group, Inc., declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: January 8, 2013

_____
Marshall Atlas, President

## SCHEDULE A

**DISBURSEMENTS**

| Date | Check | Description of Disbursement | Amount |
|---|---|---|---|
| 4/23/2012 | 1001 | Midwest & Chicago Remodeling - Salk Village | $3,986.00 |
| 4/23/2012 | 1002 | Midwest & Chicago Remodeling - Salk Village | $525.00 |
| 5/4/2012 | 1003 | Terry Eres - Fee for prove-up testimony | $100.00 |
| 5/11/2012 | 1005 | Citibank | $1,792.79 |
| 5/12/2012 | 1006 | Terry Eres - Trip to Edwardsville | $273.30 |
| 5/15/2012 | 1008 | J. Levine - Office help | $224.00 |
| 5/17/2012 | 1009 | Marshall Atlas - Salary | $3,600.00 |
| 5/17/2012 | 1010 | Midwest & Chicago Remodeling - Salk Village | $1,657.50 |
| 5/17/2012 | 1011 | Target - Office Supplies | $31.70 |
| 5/24/2012 | 1012 | Real-Info (monthly fee for property search services) | $225.00 |
| 5/24/2012 | 1013 | J. Levine - Office help | $154.00 |
| 5/24/2012 | 1014 | Marshall Atlas - Salary | $1,200.00 |
| 5/24/2012 | 1015 | Lincoln Automotive Financial Services | $555.00 |

**RECEIPTS**

| Date | Amount |
|---|---|
| 4/17/12 | $1,293.67 |
| 4/23/12 | $6,000.00 |
| 5/4/12 | $1,746.00 |
| 5/16/13 | $1,175.00 |
| 5/22/12 | $250.00 |
| 5/25/12 | $15,000.00 |