# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SALTA GROUP, INC., | ) | Case No. 12-14899 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |

## NOTICE OF APPLICATION

     **PLEASE TAKE NOTICE THAT**, on August 10, 2015 at **10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorney intends to appear in Room 682 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge for the Northern District of Illinois, Eastern Division, and at that time and place shall present the **First and Final Application of William J. Factor and The Law Office of William J. Factor, Ltd. for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is served herewith upon you.

Dated: July 13, 2015                        Respectfully submitted,

                                                     The Law Office of William J Factor, Ltd.

                                                     By: /s/ William J. Factor

William J. Factor (6205675)
Sara E. Lorber (6229740)
David P. Holtkamp (6298815)
**THE LAW OFFICE OF**
    **WILLIAM J. FACTOR, LTD.**
105 W. Madison St., Ste. 1500
Chicago, IL 60602
Tel:  (847) 239-7248
Fax:  (847) 574-8233
Email: wfactor@wfactorlaw.com
       slorber@wfactorlaw.com
       dholtkamp@wfactorlaw.com

{00034076}

# CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, thereby certify that, on July 13, 2015, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused copies of the Notice of Application and accompanying Application to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List, and I caused a copy of the Notice of Application appended hereto to be served upon the creditors that receive eletronic notice through the ECF System, as well as the following creditors by first class mail.

/s/ William J. Factor

## **SERVICE LIST**

**Registrants in the Case**
(Service through ECF)

| | |
|---|---|
| Robert R Benjamin | rrbenjamin@golanchristie.com, lreuther@golanchristie.com, jfunk@golanchristie.com, gdaya@golanchristie.com, mperez@golanchristie.com, myproductionss@gmail.com, aprior@golanchristie.com |
| Stephen T. Bobo | sbobo@reedsmith.co |
| Kurt M Carlson | kcarlson@carlsondash.com, dmyer@carlsondash.com |
| William J Connelly | wconnelly@hinshawlaw.com |
| Denise A Delaurent | USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov, maria.r.kaplan@usdoj.gov |
| Fred R Harbecke | fredrharbecke@sbcglobal.net |
| Glenn E. Heilizer | glenn@heilizer.com |
| Robert A Langendorf | rlangendorf@comcast.net, pberenz@yahoo.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Caren A Lederer | calederer@golanchristie.com |
| Douglas J. Lipke | dlipke@vedderprice.com, ecfdocket@vedderprice.com |
| Colleen E McManus | cmcmanus@carlsondash.com |
| Bryan Minier | bminier@pedersenhoupt.com |
| Alex D Moglia | amoglia@mogliaadvisors.com, IL31@ecfcbis.com |
| John R Potts | ryan@brotschulpotts.com |
| Christopher H Purcell | shermlaw13@aol.com |
| William W Thorsness | wthorsness@vedderprice.com, ecfdocket@vedderprice.com |
| Matthew C Wasserman | mwasserman@defrees.com |
| Steven S. Potts | otispott@comcast.net |
| Andrew J. Abrams | aabrams@boodlaw.com |
| Max A. Stein | mstein@boodlaw.com |
| Ronald J. Kapustka | ndaily@ksnlaw.com |
| Stuart Evens | sevans@carlsondash.com |
| Richard C. Jones | rjones@rjoneslaw.com |
| Darren L. Besic | dbesic@aol.com |
| James A. Larson | jlarson@lnlaw.com |
| James A. Slowikowski | jim@dickerlaw.com |

| | | |
|---|---|---|
| Associated Bank, N.A.<br>200 N. Adams Street<br>Green Bay, WI 54301 | BankFinancial<br>Mail Processing Center<br>6415 W. 95th Street<br>Chicago Ridge, IL 60415 | Brookdale at Darien Condo. Ass<br>c/o Kovitz Shifrin Nesbit<br>750 W. Lake Cook Road, Ste. 350<br>Chicago, IL 60689 |
| Brookdale at Darien Condo. Ass<br>c/o Kovitz Shifrin Nesbit<br>750 W. Lake Cook Road, Ste. 350<br>Chicago, IL 60689 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 | Centrust Bank<br>385 Waukegan Road<br>Northbrook, IL 60062 |
| City of Chicago<br>Corporation Counsel<br>30 N. LaSalle, Ste. 800<br>Chicago, IL 60602 | Commonwealth Edison Co.<br>PO Box 805398<br>Chicago, IL 60680-5398 | Edward M. Genson<br>53 W. Jackson Blvd.<br>Suite 1410<br>Chicago, IL 60603 |
| First Bank<br>James Brennan<br>1699 Wall Street, Suite 500<br>Mount Prospect, IL 60056 | Heinrich & Kramer, P.C.<br>205 W. Randolph St.<br>Suite 1750<br>Chicago, IL 60606 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Law Offices of Eric Howell Sayles<br>11 Dupont Circle, NW Suite 750<br>Washington, DC 20036 | Nicor Gas<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | North Shore Community Bank & Trust<br>1145 Wilmette Avenue<br>Wilmette, IL 60091 |
| Northbrook Country Condo. Asso<br>c/o Dickler Kahn Slowikowski Zave<br>85 W. Algonquin Rd., Ste. 420<br>Arlington Heights, IL 60005 | People's Bank of Arlington Heights<br>41 South Vail Ave<br>Arlington Heights, IL 60005 | Phoenix Bond & Indemnity Company<br>c/o Steve Bobo - Reed Smith<br>10 S. Wacker Drive, suite 4000<br>Chicago, IL 60606 |
| Phoenix Bond & Indemnity Company<br>c/o Steve Bobo - Reed Smith<br>10 S. Wacker Drive, suite 4000<br>Chicago, IL 60606 | Salta Group<br>c/o Marshall Atlas, President/Officer<br>666 Vernon Avenue<br>Glencoe, IL  60022 | Salta Group<br>c/o Marshall Atlas, President/Officer<br>PO BOX 438<br>Glencoe, IL 60022-0438 |
| Signature Bank<br>6400 N. Northwest Hwy.<br>Chicago, IL 60631-1877 | Robert Benjamin<br>Golan & Christie<br>70 W. Madison<br>Chicago, IL 60603 | Brian M. Graham<br>Pedersen & Houpt<br>161 North Clark Street, Suite 3100<br>Chicago, IL 60601 |

{00034076}

| | | |
|---|---|---|
| Douglas Danielson<br>2093 Rand Road<br>Des Plaines, Illinois  60506 | Ford Motor Credit<br>P O Box 6275<br>Dearborn, MI 48121 | Alex Moglia, Trustee<br>Moglia Advisors<br>1325 Remington Road, Suite H<br>Schaumburg, IL 60173 |
| William Connelly<br>Hinshaw Culbertson<br>222 North LaSalle, Suite 300<br>Chicago, IL 60601 | Steve Bobo<br>Reed Smith<br>10 South Wacker, Suit 4000<br>Chicago, IL 60606 | Dana Wimmer<br>4711 Hilltop Drive<br>Wonder Lake, IL 60097 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SALTA GROUP, INC., | ) | Case No. 12-14899 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |

**FIRST AND FINAL APPLICATION FOR COMPENSATION
AND EXPENSE REIMBURSEMENT
<u>OF THE LAW OFFICE OF WILLIAM J. FACTOR, LTD.</u>**

By this Application, The Law Office of William J. Factor, Ltd. ("*FactorLaw*") seeks an order of this Court allowing and awarding FactorLaw on a final basis fees in the amount of $75,880.00 for professional services rendered by FactorLaw as counsel to the debtor both before and after the appointment of a trustee (the "*Debtor*"), and reimbursement of actual and necessary expenses in the amount of $1,046.00 incurred on behalf of the Debtor, each during the period of April 12, 2012 through April 24, 2013 (the "*Application Period*") and authorizing payment of the amounts awarded from the funds on hand in the Debtor's estate.

FactorLaw makes this Application pursuant to (a) 11 U.S.C. §§ 105(a) and 330, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted by the Office of the United States Trustee, (d) Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, and (e) other applicable case law, as further discussed herein.

**JURISDICTION**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and (O).

3. The statutory predicates for the relief requested herein are 11 U.S.C. §§ 330 and 503.

## BACKGROUND

4. As part of its business operations, the Debtor purchased tax certificates for real estate located in various counties in Illinois, in Washington, D.C., and in Florida. Generally speaking, the tax certificates are sold by applicable taxing authorities when a property owner fails to pay real estate taxes within a prescribed time frame. Ultimately, the owner of the real estate has the opportunity to redeem the tax certificate by a set date and if it fails to do so, the purchaser of the tax certificate can, among other things, obtain a tax deed to the underlying real property, which generally vests in the tax purchaser unencumbered ownership of the underlying property..

5. On April 12, 2012 (the "*Commencement Date*"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*.

6. On April 13, 2012, the day after the Commencement Date, The Peoples' Bank of Arlington Heights filed (a) sixteen (16) motions to modify the automatic stay (b) a motion to excuse compliance with 11 U.S.C. § 543 [Dkt. No. 37], and (c) a motion to appoint a chapter 11 trustee [Dkt. No. 38] (collectively, the "*Peoples' Bank Motions*").

7. On April 18, 2012, the North Shore Community Bank & Trust Company filed a motion to excuse receiver's compliance with 11 U.S.C. § 543 [Dkt. No. 49] (the "*North Shore Motion*"). On April 19, 2012, U.S. Bank National Association filed a motion to modify the automatic stay [Dkt. No. 52] (the "*U.S. Bank Motion*").

8. Following briefing on the motion to appoint a chapter 11 trustee, the Court entered an Order directing the United States Trustee to appoint a chapter 11 trustee in the Case on May 24, 2012. Subsequently, Alex D. Moglia (the "Trustee") was appointed as chapter 11 trustee and his appointment confirmed by the Court.

{00034076}  2

9. The Debtor is thus no longer in possession of its assets and is *not* a debtor in possession under the Bankruptcy Code.

10. On October 22, 2012, this case was converted to Chapter 7, and the Trustee was appointed Chapter 7 trustee.

**I. Summary of services rendered by FactorLaw.**

11. This Application is the first and final application for compensation and expense reimbursement that FactorLaw has filed in the Case. The fees for services (the "*Services*") provided by FactorLaw during the Application Period are broken by professional as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $350 | 120.80 | $42,280.00 |
| Sara E. Lorber | Partner | $300 | 7.60 | $2,280.00 |
| David Holtkamp | Associate | $250 | 122.80 | $30,700.00 |
| Jeffrey Paulsen | Associate | $250 | 1.40 | $350.00 |
| Sam Rogers | Legal Assistant | $100 | 2.70 | $270.00 |
| | | **Totals:** | **255.30** | **$75,880.00** |

12. The Firm maintains contemporaneous written records of the time expended by its professionals.

13. Such records for the Case, copies of which are grouped and attached hereto as **Exhibit A**, set forth in detail: (a) the Services rendered by the Firm, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

**II. Breakdown of Fees by Category of Services Rendered.**

14. For the Court's reference, FactorLaw has categorized the Services it provided to the Debtor into the following categories: (a) case administration, (b) adversary proceedings, (c) motion for appointment of trustee, (d) lift stay motion, (e) retention of professionals and (f) trustee transition time.

{00034076}                                    3

### A. General case administration (Exhibit A-1)

15. During the Application Period, FactorLaw expended 45.50 hours with a value of $12,865.00 on behalf of the Debtor on matters relating to general case administration. The Services in the category include, but are not limited to: (a) assisting the Debtor in the preparation of its schedules and statements of financial affairs and (b) assisting the debtor in administering its Chapter 11 case.

16. A breakdown of the professionals providing Services in this category is as follows.

| Professional | Title | Hourly Rate | Total Hours | Value |
| --- | --- | --- | --- | --- |
| William J. Factor | Partner | $350 | 14.60 | $5,110.00 |
| Sara E. Lorber | Partner | $300 | 1.80 | $540.00 |
| David Holtkamp | Associate | $250 | 28.70 | $7175.00 |
| Sam Rogers | Legal Assistant | $100 | .40 | $40.00 |
| | | Totals: | 45.50 | $12,865.00 |

### B. Adversary proceedings (Exhibit A-2)

17. During the Application Period, FactorLaw expended 19.60 hours with a value of $5,110.00 in connection with actual or potential adversary proceedings.

18. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
| --- | --- | --- | --- | --- |
| William J. Factor | Partner | $350 | 2.10 | $735.00 |
| David Holtkamp | Associate | $250 | 17.40 | $4350.00 |

{00034076}                                        4

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Jeffrey K. Paulsen | Associate | $250 | .10 | $25.00 |
| | | Totals: | 19.60 | $5110.00 |

C. **Motion for appointment of trustee (Exhibit A-3)**

19. During the Application Period, FactorLaw expended 37.80 hours with a value of $13,230.00, in connection with the motion for the appointment of a trustee that was filed by a creditor.

20. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $350 | 37.80 | $13,230.00 |
| | | Totals: | 37.80 | $13,230.00 |

D. **Motion for relief from the automatic stay (Exhibit A-4)**

21. During the Application Period, FactorLaw expended 74.20 hours with a value of $20,710.00 in connection with a motion for relief from the automatic stay filed by People's Bank.

22. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $350 | 21.40 | $7490.00 |
| Sara E. Lorber | Partner | $300 | 4.00 | $1,200.00 |
| David Holtkamp | Associate | $250 | 47.50 | $11,875.00 |

{00034076}                                        5

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---:|---:|---:|
| Jeffrey K. Paulsen | Associate | $250 | .10 | $25.00 |
| Sam Rogers | Legal Assistant | $100 | 1.20 | $120.00 |
| | | **Totals:** | **74.20** | **$20,710.00** |

### E.   Retention of Professionals (Exhibit A-5)

23.   During the Application Period, FactorLaw expended 5.40 hours with a value of $1,650.00 in connection with the retention of professionals.

24.   A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---:|---:|---:|
| William J. Factor | Partner | $350 | 2.20 | $770.00 |
| Sara E. Lorber | Partner | $300 | 1.00 | $300.00 |
| David Holtkamp | Associate | $250 | 1.90 | $475.00 |
| | | **Totals:** | **5.10** | **$1,545.00** |

### F.   Trustee transition (Exhibit A-6)

25.   During the Application Period, FactorLaw expended 72.80 hours with a value of $22,315.00 in connection with matters related to the transition of the case to a Chapter 11 trustee. Such time reflects work by FactorLaw assisting in, among other things, the preparation of the Debtor's schedules and communications with the Trustee and his counsel regarding the case.

26.   A breakdown of the professionals providing Services in this category is as follows:

{00034076}                                   6

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| William J. Factor | Partner | $350 | 42.40 | $14,840.00 |
| Sara E. Lorber | Partner | $300 | .80 | $240.00 |
| David Holtkamp | Associate | $250 | 27.30 | $6,825.00 |
| Jeffrey Paulsen | Associate | $250.00 | 1.20 | $300.00 |
| Sam Rodgers | Legal Assistant | $100 | 1.10 | $110.00 |
| | | Totals: | 72.80 | $22,315.00 |

### III. Expenses

27. FactorLaw incurred expenses of $1,046.00. A detailed breakdown of the expenses is as follows:

| 4/12/12 | Filing fee - Ch 11 | $1,046.00 |
|---|---|---|

## DISCUSSION

### IV. The Firm's fees are reasonable and should be allowed.

28. Under Section 330(a)(1)(A), the Court may award the professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary

{00034076}                                        7

compensation charged by comparably skilled practitioners in cases other than cases under this title.

29. In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach – multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987) (Schmetterer, J.); accord *In re UNR Indus., Inc.*, 986 F.2d 207, 210-11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

30. The Seventh Circuit has mandated that an "attorney's actual billing rate . . . is considered to be the presumptive market rate." *Small*, 264 F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to be the market rate for his or her services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000) (emphasis added), *cert. denied*, 532 U.S. 1066 (2001).

31. Additionally, under generally accepted standards, if the services of an attorney employed under Section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*, 157 F.3d 414, 421 (5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); 2 LAWRENCE P. KING, Collier on Bankruptcy ¶ 330.04 at 330-43 (15th ed. rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

32. The average hourly billing rate for the attorneys who performed the Services – that is, the "lodestar" rate – is $297.21. This average rate is fair and reasonable in light of the Services provided and the experience of FactorLaw's professionals. Moreover, the compensation requested by FactorLaw is reasonable based upon the customary compensation charged by comparably-skilled practitioners in either non-bankruptcy or bankruptcy cases.

## V. Expense Reimbursement Standards

33. With respect to reimbursing expenses, the Court may award a professional person "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(B).

34. "An expense is necessary if it was incurred because it was required to accomplish the proper representation of the client." *In re Spanjer Bros., Inc.*, 191 B.R. at 749.

35. The Expenses were the actual and necessary expenses incurred on behalf of the Debtor and FactorLaw respectfully submits that the Expenses were required to accomplish the proper representation of the Debtor and the estate.

## VI. Prior Payments

36. Prior to the Petition Date, the Debtor provided the Firm with a retainer in the amount of $25,000. The Firm was asked to transfer this retainer to the Trustee and complied with that request.

## VII. Notice

37. No prior request for the relief requested by this Application has been made to this Court or any other court.

38. Rule 2002 provides that all creditors shall be provided with at least 21 days' notice of a request for compensation. A notice advising of the hearing on this Application has been transmitted to all creditors on July 13, 2015. A copy of the notice is appended hereto as **Exhibit B**.

39. Creditors that have filed an appearance in the case and that receive notice to the ECF system have been provided with a copy of this entire Application.

WHEREFORE, FactorLaw respectfully requests that the Court enter an Order

A. Allowing and awarding FactorLaw on a final basis fees in the amount of $75,880.00 and reimbursement of expenses in the amount of $1,046.00 incurred during the Application Period,

      B.      Authorizing Trustee to pay the amounts awarded from the funds on hand in the Debtor's bankruptcy estate, and

      C.      Granting such other and further relief as this Court deems just and appropriate.

Dated: July 13, 2015                                  **THE LAW OFFICE OF WILLIAM J. FACTOR, LTD.**

                                                                    By: /s/ William J. Factor

William J. Factor (6205675)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-0977
Fax:   (847) 574-8233
Email:  wfactor@wfactorlaw.com