# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

    SALTA GROUP, INC.,

             Debtor.

Chapter 7

Case No. 12-14899

Hon. Jack B. Schmetterer

Hearing: November 8, 2016 at 10:00 a.m.

## NOTICE OF MOTION

TO:    See certificate of service

**PLEASE TAKE NOTICE** that on November 8, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, counsel shall appear Honorable Jack B. Schmetterer, in Courtroom 682 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Final Application of Matthew Flamm and the Law Firm of Flamm, Teibloom & Stanko, Ltd. for the Allowance and Payment of Compensation as Special Counsel to the Trustee,* a copy of which accompanies this Notice.

FLAMM TEIBLOOM & STANKO, LTD.,

BY: /s/ Kurt M. Carlson

CARLSON DASH, LLC
Kurt M. Carlson ARDC #6236568
Martin J. Wasserman ARDC #6294040
216 S. Jefferson Street, Suite 504
Chicago, Illinois 60661
Ph: (312) 382-1600
kcarlson@carlsondash.com
mwasserman@carlsondash.com

## <u>CERTIFICATE OF SERVICE</u>

Karrie Idstein, a non- attorney, hereby certifies that she caused a true and correct copy of the foregoing *Notice of Motion* and the *Final Application of Matthew Flamm and the Law Firm of Flamm, Teibloom & Stanko, Ltd. for the Allowance and Payment of Compensation as Special Counsel to the Trustee,* to be served on all parties listed below via First Class U.S. Mail by placing the same in properly addressed envelopes, with postage pre-paid on October 14, 2016.

Salta Group, Inc.
666 Vernon Ave.
Glencoe, IL 60022

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Denise A. Delaurent
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Bank Financial, F.S.B.
c/o William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

Brookdale at Darien Condo Association
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Cavalry Investments, LLC as assignee
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

City of Chicago
Corporation Counsel
30 N. LaSalle Street, Suite 800
Chicago, IL 60602

Commonwealth Edison Co.
P.O. Box 805398
Chicago, IL 60680

Department of the Treasury

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

David Paul Holtkamp
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Sara E. Lorber
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

First Bank
c/o Fred R. Harbecke
53 W. Jackson Blvd Ste 1510
Chicago, IL 60604-4151

Brian M. Graham
7634 Lakeside Dr.
Frankfort, IL 60423

CBIZ MHM, LLC
One D. Wacker Drive, Suite 1800
Chicago, IL 60606

CenTrust Bank, N.A.
77 W. Washington Street, Suite 2100
Chicago, IL 60602

City of Farmington
c/o Besic Law Offices, P.C.
5 E. Wilson Street
Batavia, IL 60510

Dan Wimmer
4711 Hilltop Drive
Wonder Lake, IL 60097

Edward M. Genson

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

Marshall Atlas
1136 Skokie Ridge Drive
Glencoe, IL 60022

Michael Mulcahy
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Nicor Gas
P.O. Box 632
Aurora, IL 60507

North Shore Community Bank & Trust
c/o D. Lipke and W. Thorsness
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

People's Bank of Arlington Heights
c/o Caren A. Lederer
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602
Robert A. Langendorf
Robert A. Langendorf, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602

Signature Bank
c/o Brotschul Potts, LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606

Associated Bank, N.A.
200 N. Adams Street
Green Bay, WI 54301

Law Offices of Edward M. Genson
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Seth Slomovitz
Law Offices of Eric Howell Sayles
11 Dupont Circle NW, Suite 750
Washington, DC 20036

Marshall Atlas
P.O. Box 438
Glencoe, IL 60022

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Northbrook Country Condo Association
c/o Dickler Kahn Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Phoenix Bond & Indemnity Co.
c/o Steven Bobo
Reed Smith, LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Robert Benjamin
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Wells Fargo Bank N.A.
Angela Landry & Stephanie Murray
Larson & Associates, P.C.
230 W. Monroe Street, Suite 2220
Chicago, IL 60606

/s/ Karrie Idstein

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| SALTA GROUP, INC., | Case No. 12-14899 |
| Debtor. | Hon. Jack B. Schmetterer |

---

### FINAL APPLICATION OF MATTHEW FLAMM AND THE LAW FIRM OF FLAMM, TEIBLOOM & STANKO, LTD. FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AS SPECIAL COUNSEL TO THE TRUSTEE

---

Matthew Flamm ("Flamm") and the law firm of Flamm, Teibloom & Stanko, Ltd. ("Flamm Teibloom"), special counsel for Chapter 7 Trustee, Alex D. Moglia (the "Trustee"), move this Court pursuant to Sections 327, 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for allowance and payment of compensation totaling $12,642.73 incurred in connection with legal services rendered as special counsel to the Trustee during the period April 1, 2016 through October 13, 2016. **IF APPROVED, THE FEES AND EXPENSES SOUGHT IN THIS APPLICATION WILL BE PAID BY THE BANKRUPTCY ESTATE**.  In support of this application, Flamm Teibloom states as follows:

1.      On April 12, 2012 ("Petition Date"), Debtor, Salta Group, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Code ("Chapter 11 case").

2.      On May 31, 2012, this Court entered an order appointing Alex D. Moglia, Esq. as Chapter 11 Trustee (the "Trustee").

3.　　On July 9, 2012, this Court entered an order authorizing the Trustee to employ Matthew Flamm and the law firm of Flamm, Teibloom & Stanko, Ltd. as special counsel in this case effective June 29, 2012 ("Special Counsel").

4.　　On October 22, 2012, this case was converted to Chapter 7, and the Trustee was appointed Chapter 7 Trustee.

5.　　On November 13, 2012, this Court authorized the Trustee to retain Flamm and the law firm of Flamm, Teibloom & Stanko, Ltd. as special counsel to the Chapter 7 Trustee.

6.　　As part of its business, the Debtor purchased real estate tax certificates in various counties in Illinois (among other states). Illinois law provides many requirements, deadlines and nuances with respect to, on the one hand, a property owner's redemption of tax certificates and, on the other hand, a tax buyer's taking and recording of deeds for tax certificates that are not redeemed. Suffice it to say, real estate tax certificate law in Illinois is highly specialized.

7.　　Flamm Teibloom always takes care to avoid duplication of services. There were particular instances when more than one Flamm Teibloom attorney was involved in a particular conference or task. In those instances, joint participation was necessary because of the issues at hand, the continuity of the representation or the expertise of the attorneys involved.

8.　　Moreover, the legal practice has grown increasingly dependent upon electronic mail as a form of communication. A particular "email" may contain multiple topics, in which case counsel is careful to specify all topics of such email. But apportionment of the time spent reading or writing each topic within such email is virtually impossible.

9.　　As special counsel, Flamm Teibloom's services to the Trustee during the applicable period are limited to real estate tax law and assistance to the Trustee with related to real estate matters.

10.     Compensation and reimbursement previously allowed and awarded to Flamm Teibloom in connection with its services to the Trustee is as follows:  $14,909.50 by order dated November 13, 2012; $29,691.70 by order dated June 17, 2013; $13,309.69 by order dated November 21, 2013; $5,437.25 by order dated February 28, 2014; $6,909.75 by order dated June 2, 2014; $6,591.00 by order dated September 22, 2014; $7,605.18 by order dated January 13, 2015; $17,875.00 by order dated May 18, 2015 and $7,119.00 by order dated December 3, 2015; $16, 207.60 by order entered April 26, 2016.

11.     An itemized statement of services rendered to the Trustee for the period in which compensation is sought is attached as **Exhibit A.** During the applicable period, Flamm Teibloom conducted the following tasks for the Trustee:

a.     Flamm Teibloom communicated and corresponded with the U.S. Trustee, Trustee Moglia, and General Counsel to Trustee regarding sales of the remaining properties, abandoned parking and actions needed to close the estate along with communications regarding the refund checks from Cook County: **2.6 hours; $ 819.00**;

b.     Flamm Teibloom conducted reviews of the property closing documents, addressed lien issues, water and utility issues. Preparation and finalization of closing documents. Correspondence and communication to/from parties involved in sale: **37.4 hours; $ 11,781.00.**

12.     A summary of the total time expended for all services rendered to the Trustee in connection with the Estate's interests during the applicable period is broken down as follows:

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Matthew A. Flamm, Attorney | 15.6 | $ 315.00 | $   4,914.00 |
| Joel D. Teibloom | 24.4 | $ 315.00 | $   7,686.00 |
| **Total** | **40** | | **$ 12,600.00** |

3

13. A summary of the total out of pocket expenses paid in connection with the Estate's interest during the applicable period is broken down as follows:

| PAID TO | EXPLANATION | RATE | TOTAL |
|---|---|---|---|
| Flamm Teibloom | March 2016 Photocopies (14) | $  .15 | $ 2.10 |
| FedEx | FedEx Check to Alex Moglia | $19.14 | $19.14 |
| FedEx | FedEx to Alex Moglia | $19.24 | $19.24 |
| Flamm Teibloom | May 2016 Photocopies (15) | $  .15 | $ 2.25 |
| Total | | | **$ 42.73** |

Flamm Teibloom submits that the fees and expenses incurred and sought in this application were actual, reasonable and necessary in representing the Trustee and benefited this estate.

14.    Flamm Teibloom further submits that its services to the Trustee as special counsel do not overlap or duplicate services provided by Carlson Dash, LLC.

WHEREFORE, Matthew Flamm and the law firm of Flamm, Teibloom & Stanko, Ltd., special counsel to the Trustee Alex D. Moglia, respectfully request that this Court enter an order:

(i)    Allowing and authorizing the Trustee to pay Flamm Teibloom compensation in the amount of $12,600.00 for services rendered to the Trustee for the benefit of the Estate during the period April 1, 2016 to October 13, 2016; and,

(ii)    Allowing and authorizing the Trustee to pay Flamm Teibloom compensation in the amount of $42.73 for reasonable out of pocket expenses during the period of April 1, 2016 to October 13, 2016; and

Granting such other and further relief as this Court deems just and appropriate.

Respectfully submitted,
**FLAMM TEIBLOOM & STANKO, LTD.,**

BY: /s/ Kurt M. Carlson

4

Kurt M. Carlson ARDC #6236568
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, Illinois 60661
Telephone: (312) 382-1600