## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>                 Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: December 15, 2016 at 10:00 a.m. |

## NOTICE OF MOTION

TO:    See certificate of service

**PLEASE TAKE NOTICE** that on December 15, 2016 at 10:00 a.m. or as soon thereafter as counsel may be heard, counsel shall appear Honorable Jack B. Schmetterer, in Courtroom 682 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present *Carlson Dash, LLC's Final Application for the Allowance and Payment of Compensation from the Bankruptcy Estate as Trustee's Counsel,* a copy of which accompanies this Notice.

                                                                     **CARLSON DASH, LLC,**

                                                            By: /s/      Kurt M. Carlson

Kurt M. Carlson ARDC #6236568
Martin J. Wasserman ARDC #6294040
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, Illinois 60661
Telephone: (312) 382-1600

# **CERTIFICATE OF SERVICE**

I, Karrie Idstein, a non-attorney, hereby certifies that I caused a true and correct copy of the foregoing document, *Carlson Dash, LLC's Final Application for the Allowance and Payment of Compensation from the Bankruptcy Estate as Trustee's Counsel,* to be served on all parties listed below via First Class U.S. Mail by placing the same in properly addressed envelopes, with postage pre-paid on November 17, 2016.

Salta Group, Inc.
666 Vernon Ave.
Glencoe, IL 60022

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Denise A. Delaurent
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Bank Financial, F.S.B.
c/o William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

Brookdale at Darien Condo Association
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Cavalry Investments, LLC as assignee
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

City of Chicago
Corporation Counsel
30 N. LaSalle Street, Suite 800
Chicago, IL 60602

Commonwealth Edison Co.
P.O. Box 805398
Chicago, IL 60680

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

David Paul Holtkamp
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Sara E. Lorber
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

First Bank
c/o Fred R. Harbecke
53 W. Jackson Blvd Ste 1510
Chicago, IL 60604-4151

Brian M. Graham
7634 Lakeside Dr.
Frankfort, IL 60423

CBIZ MHM, LLC
One D. Wacker Drive, Suite 1800
Chicago, IL 60606

CenTrust Bank, N.A.
77 W. Washington Street, Suite 2100
Chicago, IL 60602

City of Farmington
c/o Besic Law Offices, P.C.
5 E. Wilson Street
Batavia, IL 60510

Dan Wimmer
4711 Hilltop Drive
Wonder Lake, IL 60097

2

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

Marshall Atlas
1136 Skokie Ridge Drive
Glencoe, IL 60022

Michael Mulcahy
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Nicor Gas
P.O. Box 632
Aurora, IL 60507

North Shore Community Bank & Trust
c/o D. Lipke and W. Thorsness
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

People's Bank of Arlington Heights
c/o Caren A. Lederer
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Robert A. Langendorf, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602

Signature Bank
c/o Brotschul Potts, LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606

Associated Bank, N.A.
200 N. Adams Street
Green Bay, WI 54301

Edward M. Genson
Law Offices of Edward M. Genson
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Seth Slomovitz
Law Offices of Eric Howell Sayles
11 Dupont Circle NW, Suite 750
Washington, DC 20036

Marshall Atlas
P.O. Box 438
Glencoe, IL 60022

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Northbrook Country Condo Association
c/o Dickler Kahn Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Phoenix Bond & Indemnity Co.
c/o Steven Bobo
Reed Smith, LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Robert Benjamin
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Wells Fargo Bank N.A.
Angela Landry & Stephanie Murray
Larson & Associates, P.C.
230 W. Monroe Street, Suite 2220
Chicago, IL 60606

/s/    Karrie Idstein

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br>Case No. 12-14899<br>Hon. Jack B. Schmetterer<br>Hearing: December 15, 2016 at 10:00 a.m. |

## CARLSON DASH, LLC'S FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION FROM THE BANKRUPTCY ESTATE AS TRUSTEE'S COUNSEL

Kurt M. Carlson and the law firm of Carlson Dash, LLC ("Carlson Dash"), attorneys for Chapter 7 Trustee Alex D. Moglia (the "Trustee"), move this Court pursuant to Sections 327, 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for allowance and payment of compensation totaling $15,319.00 and reimbursement of out-of-pocket expenses totaling $350.65 in connection with legal services rendered during the period March 1, 2016 through November 10, 2016 and for final compensation on all previously awarded fees and expenses. **THE COMPENSATION SOUGHT HEREIN, IF APPROVED, WILL BE PAID WITH ESTATE FUNDS**.

In support of this application, Carlson Dash states:

1.    On April 12, 2012 ("Petition Date"), Debtor, Salta Group, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Code.

2.    On May 31, 2012, this Court entered an order appointing Alex Moglia as Chapter 11 Trustee (the "Trustee").

3. On July 9, 2012, this Court entered an order authorizing the Trustee to employ Kurt M. Carlson, Colleen E. McManus, and Carlson Dash, LLC as his general Chapter 11 bankruptcy counsel in this case, effective June 8, 2012.

4. On October 22, 2012, this case was converted to Chapter 7.

5. By order dated November 13, 2012, Carlson Dash was authorized to serve as the Trustee's Chapter 7 bankruptcy counsel.

6. The Debtor was engaged in the business of buying real estate taxes, obtaining tax certificates, and in some cases, taking deeds to properties.

7. The Debtor is the subject of a pending Justice Department investigation, and has had its records seized by the government. Accordingly, most of the Trustee's and Carlson Dash's efforts in this case have been hampered by the lack of information and documentation available to the Trustee.

8. Carlson Dash always takes care to avoid duplication of services. There were particular instances when more than one Carlson Dash attorney was involved in a particular conference or task. In those instances, joint participation was necessary because of the issues at hand, the continuity of the representation or the expertise of the attorneys involved.

9. Moreover, the legal practice has grown increasingly dependent upon electronic mail as a form of communication. A particular "email" may contain multiple topics, in which case counsels are careful to specify all topics of such email. But apportionment of the time spent reading or writing each topic within such email is virtually impossible.

10. Compensation and reimbursement previously allows and awarded to Carlson Dash in connection with its services to the Trustee is as follows: $5,415.77 by order dated March 26, 2013; $6,923.76 by order dated June 17, 2013; $3,769.40 by order dated September 23, 2013;

$5,545.29 by order dated June 2, 2014; $4,111.00 by order dated September 22, 2014; $7,605.18 by order dated January 13, 2015; $8,070.00 by order dated May 18, 2015; $8,152.00 by order dated September 24, 2015; $6870.30 by order dated December 3, 2015; $4,614.20 by order dated April 12, 2016.

11.     Carlson Dash's services to the Trustee during the period of March 1, 2016 through November 10, 2016 have been separated into four categories, as follows:

### GENERAL CASE ADMINISTRATION (EXHIBIT A)

Carlson Dash has performed many general bankruptcy-related services in this category on behalf of the Trustee. A breakdown of the **tasks** performed under this category is as follows:

a.      Exchanged correspondence with various parties including the Trustee, review, revise and file fee applications regarding the agreements held between the Trustee and Flamm Teibloom and Carlson Dash, LLC: **13.9 hours; $ 3,918.50.**

The total time expended in *this category* is broken down as follows:

| ATTORNEY | HOURS EXPENDED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffrey E. Altshul - Attorney | 9.1 | $ 350.00 | $ 3,185.00 |
| Karrie Idstein – Paralegal | 3.1 | $ 110.00 | $   341.00 |
| Autumn L. Sharp - Attorney | 1.0 | $270.00 | $   270.00 |
| Kurt M. Carlson – Attorney | 0.2 | $350.00 | $     70.00 |
| Samantha E. Gaul | 0.2 | No Charge | $       0.00 |
| Samantha E. Gaul | 0.3 | 175.00 | $     52.50 |
| TOTAL: | 13.9 | | $ 3,918.50 |

### REAL ESTATE ISSUES (EXHIBIT B)

Carlson Dash has been involved in the marketing of properties of the Estate in which the Debtor still has remaining interest. A breakdown of the **tasks** performed under this category is as follows:

3

a. Correspondence related to the marketing and or abandoning of the Debtor's remaining properties. Review of lien claims and title policies. The properties are located at 4220 W. 16th Street and 222 W. Racine, Unit P-1 in Chicago, IL: **3.4 hours; $ 1,162.30**;

The total time expended in *this category* is broken down as follows:

| ATTORNEY | HOURS EXPENDED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffrey E. Altshul | 2.4 | $350.00 | $ 840.00 |
| Wendy M. Reutebuch | 0.5 | $330.00 | $ 165.00 |
| Kurt M. Carlson | 0.3 | $350.00 | $ 105.00 |
| Martin J. Wasserman | .2 | $260.00 | $ 52.00 |
| **TOTAL:** | **3.4** | | **$ 1,162.30** |

### CLAIMS ISSUES (EXHIBIT C)

Carlson Dash has been involved in negotiations related to the claims filed by the City of Chicago, including communications with a representative from the City of Chicago and with the Trustee's office in regard to the likelihood of abandoning certain properties. A breakdown of the **tasks** performed under this category is as follows:

a. Communications and correspondence with a representative from the City of Chicago, the Trustee, and Attorney Flamm regarding the Chicago claims and remaining properties. **1.0 hours; $ 350.00**;

The total time expended in *this category* is broken down as follows:

| ATTORNEY | HOURS EXPENDED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffrey E. Altshul | 1.0 | $ 350.00 | $ 350.00 |
| **TOTAL:** | **1.0** | | **$ 350.00** |

### ATTENDANCE IN COURT (EXHIBIT D)

In the period covered by this application, Carlson Dash attended hearings on applications for professional fees for special real estate counsel and Carlson Dash, as well as a hearing on a motion

4

to allow the Trustee to abandon property of the Estate. The time expended on the **task** of attending these hearings is **6.3 hours; $ 1,991.00**;

The total time expended in *this category* is broken down as follows:

| ATTORNEY | HOURS EXPENDED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffrey E. Altshul | 3.8 | $ 350.00 | $ 1,330.00 |
| Autumn L. Sharp | 1.1 | $270.00 | $ 297.00 |
| Martin J. Wasserman | 1.4 | $260.00 | $ 364.00 |
| TOTAL: | **6.3** | | **$ 1,991.00** |

## PROFESSIONAL FEES (EXHIBIT E)

a. Carlson Dash prepared and reviewed the Trustee's special counsel's Chapter 7 fee applications and communicated with the Trustee regarding the status of the fee applications.

b. Trustee's counsel also prepared and reviewed both a motion to sell and a motion to abandon properties.

c. Total time expended for the above tasks was **47.4 hours; $ 7,897.50.**

The time expended for the **task** of preparing fee applications during this period is as follows:

| ATTORNEY | HOURS EXPENDED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffrey E. Altshul | 7.8 | $ 350.00 | $ 2,730.00 |
| Autumn L. Sharp | 2.4 | $ 270.00 | $ 648.00 |
| Kurt M. Carlson | .8 | $ 350.00 | $ 280.00 |
| Martin J. Wasserman | 3.3 | $260.00 | $ 858.00 |
| Samantha E. Gaul | .1 | $175.00 | $ 17.50 |
| Karrie Idstein | 26.0 | $ 110.00 | $ 2,860.00 |
| Karrie Idstein | 1.4 | No charge | $ 0.00 |
| Law Clerk | 5.6 | $ 90.00 | $ 504.00 |
| TOTAL: | **47.4** | | **$ 7,897.50** |

5

12.     A summary of the <u>total time expended for all</u> categories described above is as follows:

| ATTORNEY | HOURS EXPENDED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffrey E. Altshul - Attorney | 24.1 | $ 350.00 | $ 8,435.00 |
| Autumn L. Sharp - Attorney | 4.5 | $ 270.00 | $ 1,215.00 |
| Wendy M. Reutebuch - Attorney | .5 | $ 330.00 | $ 165.00 |
| Kurt M. Carlson - Attorney | 1.3 | $ 350.00 | $ 455.00 |
| Martin J. Wasserman | 4.9 | $ 260.00 | $ 1274.00 |
| Samantha E. Gaul – Attorney | .4 | $175.00 | $ 70.00 |
| Samantha E. Gaul - Attorney | .2 | No Charge | $ 0.00 |
| Karrie Idstein - Paralegal | 29.1 | $ 110.00 | $ 3,201.00 |
| Karrie Idstein – Paralegal | 1.4 | No Charge | $ 0.00 |
| Law Clerk | 5.6 | $ 90.00 | $ 504.00 |
| **TOTAL:** | **67.10** | | **$ 15,319.00** |

13.     In addition, Carlson Dash has incurred $350.65 in out-of-pocket expenses during this period in connection with representing the Trustee in this matter. The expenses are itemized in **Exhibit F** attached hereto.

14.     Carlson Dash submits that its fees and expenses incurred and sought in this application were reasonable and necessary in representing the Trustee and benefited this Chapter 7 Estate.

15.     Carlson Dash further submits that it has completed all work assigned to them by the Trustee as the Trustee's counsel. Accordingly, Carlson Dash is seeking final compensation for the work it performed for the benefit of the estate which includes (a) compensation for actual, reasonable, and necessary professional services performed as counsel to the Trustee during the period of March 1, 2016 – November 10, 2016 and  (b) all compensation as previously awarded on an interim basis, and (c) reimbursement for actual, reasonable, and necessary disbursements made to pay expenses incurred during the period of March 1, 2016 – November 10, 2016 while

6

representing the Trustee and (d) all disbursements for expenses as previously awarded on an interim basis.

**WHEREFORE**, Kurt M. Carlson and the law firm of Carlson Dash, LLC, counsel to the Chapter 7 Trustee, request that this Court enter an order:

(i)    Allowing and authorizing the Trustee to pay Carlson Dash compensation in the amount of $15,319.00 for services rendered to the Chapter 7 for the benefit of the estate from March 1, 2016 to November 10, 2016;

(ii)   Allowing and authorizing the Trustee to reimburse Carlson Dash reimbursement of out-of-pocket expenses incurred in the amount of $350.65 incurred for the benefit of the Estate during the period from March 1, 2016 to November 10, 2016;

(iii)  Authorizing the Trustee to pay Carlson Dash a total of $15,669.65 in compensation for services rendered for the benefit of the estate from March 1, 2016 to November 10, 2016; and,

(iv)   Allowing and authorizing the Trustee to finalize allowances on all compensation and disbursements for expenses previously awarded on an interim basis and,

(v)    Providing such other and further relief as this Court deems just and appropriate.

**CARLSON DASH, LLC,**
By: /s/ Kurt M. Carlson

Kurt M. Carlson ARDC #6236568
Martin J. Wasserman ARDC #6294040
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, Illinois 60606
Telephone: (312) 382-1600
kcarlson@carlsondash.com
mwasserman@carlsondash.com