**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: December 15, 2016 at 10:00 a.m. |

**Amended Cover Sheet for Final Application of Matthew Flamm and the Law Firm of Flamm, Teibloom & Stanko, Ltd. for Final Allowances on all Compensation and Disbursements for Expenses Previously Awarded on an Interim Basis with Respect to First Bank**

**AMOUNT SOUGHT TO BE PAID BY FIRST BANK (NON-ESTATE FUNDS)**

| | |
|---|---|
| Name of Applicants: | Matthew A. Flamm<br>Flamm, Teibloom & Stanko, Ltd. |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee, Alex D. Moglia<br>*for the benefit of First Bank* |
| Date of Order Authorizing Employment: | November 13, 2012 |
| Period for which Compensation is Sought: | January 31, 2013 – October 13, 2016 |
| Total Amount of Fees: | $62,928.79 (previously ordered interim fees and costs) |
| Compensation and reimbursement previously allowed and awarded: | $3,155.00 by order dated March 26, 2013<br>$2,097.00 by order dated June 17, 2013<br>$6,395.50 by order dated September 23, 2013<br>$5,729.75 by order dated February 28, 2014<br>$8,498.32 by order dated May 19, 2014<br>$4,495.27 by order dated September 22, 2014<br>$13,198.01 by order dated December 30, 2014<br>$14,219.61 by order dated May 18, 2015<br>$4,573.33 by order dated December 3, 2015<br>$567.00 by order dated March 15, 2016 |

Dated:  November 18, 2016

**FLAMM TEIBLOOM & STANKO, LTD.,**

*/s/* Kurt M. Carlson

Kurt M. Carlson ARDC# 6236568
Martin J. Wasserman ARDC# 6294040
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, Illinois  60661
Telephone: (312) 382-1600

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: December 15, 2016 at 10:00 a.m. |

**NOTICE OF MOTION**

TO:   See certificate of service

**PLEASE TAKE NOTICE** that on December 15, 2016 at 10:00 a.m. or as soon thereafter as counsel may be heard, counsel shall appear Honorable Jack B. Schmetterer, in Courtroom 682 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Amended Final Application of Matthew Flamm and the Law Firm of Flamm, Teibloom & Stanko, Ltd. for the Final Allowances on all Compensation and Disbursements for Expenses Previously Awarded on an Interim Basis with Respect to First Bank,* a copy of which accompanies this notice.

**FLAMM TEIBLOOM & STANKO, LTD.,**

BY: /s/ Kurt M. Carlson

**CARLSON DASH, LLC**
Kurt M. Carlson ARDC #6236568
Martin J. Wasserman ARDC #6294040
216 S. Jefferson Street, Suite 504
Chicago, Illinois 60661
Ph: (312) 382-1600
kcarlson@carlsondash.com
mwasserman@carlsondash.com

## CERTIFICATE OF SERVICE

  Kaitlyn Noonan, a non-attorney, hereby certifies that she caused a true and correct copy of the foregoing *Amended Final Application of Matthew Flamm and the Law Firm of Flamm, Teibloom & Stanko, Ltd. for the Final Allowances on all Compensation and Disbursements for Expenses Previously Awarded on an Interim Basis with Respect to First Bank,* to be served on all parties listed below via First Class U.S. Mail by placing the same in properly addressed envelopes, with postage pre-paid on November 18, 2016.

Salta Group, Inc.
666 Vernon Ave.
Glencoe, IL 60022

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Denise A. Delaurent
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Bank Financial, F.S.B.
c/o William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

Brookdale at Darien Condo Association
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Cavalry Investments, LLC as assignee
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

City of Chicago
Corporation Counsel
30 N. LaSalle Street, Suite 800
Chicago, IL 60602

Commonwealth Edison Co.
P.O. Box 805398
Chicago, IL 60680

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

David Paul Holtkamp
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Sara E. Lorber
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

First Bank
c/o Fred R. Harbecke
53 W. Jackson Blvd Ste 1510
Chicago, IL 60604-4151

Brian M. Graham
7634 Lakeside Dr.
Frankfort, IL 60423

CBIZ MHM, LLC
One D. Wacker Drive, Suite 1800
Chicago, IL 60606

CenTrust Bank, N.A.
77 W. Washington Street, Suite 2100
Chicago, IL 60602

City of Farmington
c/o Besic Law Offices, P.C.
5 E. Wilson Street
Batavia, IL 60510

Dan Wimmer
4711 Hilltop Drive
Wonder Lake, IL 60097

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

Marshall Atlas
1136 Skokie Ridge Drive
Glencoe, IL 60022

Michael Mulcahy
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Nicor Gas
P.O. Box 632
Aurora, IL 60507

North Shore Community Bank & Trust
c/o D. Lipke and W. Thorsness
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

People's Bank of Arlington Heights
c/o Caren A. Lederer
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602
Robert A. Langendorf
Robert A. Langendorf, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, IL 60602

Signature Bank
c/o Brotschul Potts, LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606

First Bank, N.A.
200 N. Adams Street
Green Bay, WI 54301

Edward M. Genson
Law Offices of Edward M. Genson
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Seth Slomovitz
Law Offices of Eric Howell Sayles
11 Dupont Circle NW, Suite 750
Washington, DC 20036

Marshall Atlas
P.O. Box 438
Glencoe, IL 60022

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Northbrook Country Condo Association
c/o Dickler Kahn Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Phoenix Bond & Indemnity Co.
c/o Steven Bobo
Reed Smith, LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Robert Benjamin
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602

Wells Fargo Bank N.A.
Angela Landry & Stephanie Murray
Larson & Associates, P.C.
230 W. Monroe Street, Suite 2220
Chicago, IL 60606

/s/ Kaitlyn Noonan

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>              Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: December 15, 2016 at 10:00 a.m. |

**AMENDED FINAL APPLICATION OF MATTHEW FLAMM AND THE LAW FIRM OF FLAMM, TEIBLOOM & STANKO, LTD. FOR THE FINAL ALLOWANCES ON ALL COMPENSATION AND DISBURSEMENTS FOR EXPENSES PREVIOUSLY AWARDED ON AN INTERIM BASIS WITH RESPECT TO FIRST BANK**

To: See Certificate of Service

      Chapter 7 Trustee, Alex D. Moglia (the "Trustee"), by and through his counsel move this Court pursuant to Sections 327, 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for the final application of Matthew Flamm and the Law Firm of Flamm, Teibloom & Stanko, Ltd. ("Flamm"), for the previously awarded payments of interim compensation and reimbursement of expenses with respect to First Bank totaling $62,928.79 during the period of January 31, 2013 through October 13, 2016.

      In support of this application, Alex D. Moglia states as follows:

      1.    On July 9, 2012, this Court entered an order authorizing the Trustee to employ Matthew Flamm and the law firm of Flamm, Teibloom & Stanko, Ltd. as special counsel in this case effective June 29, 2012 ("Special Counsel").

      2.    On October 22, 2012, this case was converted to Chapter 7, and the Trustee was appointed Chapter 7 Trustee.

4

3. On November 13, 2012, this Court authorized the Trustee to retain Flamm and the law firm of Flamm, Teibloom & Stanko, Ltd. as special counsel to the Chapter 7 Trustee.

4. As part of its business, the Debtor purchased real estate tax certificates in various counties in Illinois (among other states). Illinois law provides many requirements, deadlines and nuances with respect to, on the one hand, a property owner's redemption of tax certificates and, on the other hand, a tax buyer's taking and recording of deeds for tax certificates that are not redeemed. Suffice it to say, real estate tax certificate law in Illinois is highly specialized.

5. First Bank is one of the Debtor's secured lenders. Among its collateral were real estate tax certificates as well as real estate, the latter interests were evidenced by mortgages.

6. By Order dated January 31, 2013, this Court authorized the Trustee to enter into an agreement with First Bank, whereby the Trustee and his professionals would liquidate First Bank's collateral in exchange for First Bank's payment of the Trustee's professionals' fees incurred in doing same.

7. Significantly, the parties' agreement obligates (i) First Bank—**not this estate**— is to pay Flamm's fees; and (ii) Flamm is to obtain Court approval of the reasonableness of its fees prior to First Bank paying them.

8. As special counsel, Flamm took the lead in monetizing First Bank's interests in certain real estate tax certificates.

9. Flamm always took care to avoid duplication of services. There were particular instances when more than one Flamm attorney was involved in a particular conference or task. In those instances, joint participation was necessary because of the issues at hand, the continuity of the representation or the expertise of the attorneys involved.

5

10. Moreover, the legal practice has grown increasingly dependent upon electronic mail as a form of communication. A particular "e-mail" may contain multiple topics, in which case counsels are careful to specify all topics of such email. But apportionment of the time spent reading or writing each topic within such e-mail is virtually impossible.

11. Interim Compensation and reimbursement previously allowed and awarded to Flamm in connection with its services to First Bank are as follows: $3,155.00 by order dated March 26, 2013; $2,097.00 by order dated June 17, 2013; $6,395.50 by order dated September 23, 2013; $5,729.75 by order dated February 28, 2014; $8,498.32 by order dated May 19, 2014; $4,495.27 by order dated September 22, 2014; $13,198.01 by order dated December 30, 2014 and; $14,219.61 by order dated May 18, 2015 and; $4,573.33 by order dated $567.00 by order dated December 3, 2015.

13. Flamm submits that the fees and expenses incurred and sought in the interim applications were actual, reasonable and necessary. As mentioned above, because Flamm's services benefited First Bank directly, **the estate will not be paying Flamm's fees in connection with the work of the previously awarded applications.**

14. By way of this application Flamm does not seek any further awards as to work done on behalf of First Bank for the estate. Flamm reserves the right to apply to this Court separately for compensation for services rendered for the benefit of this estate during the same time period as this application.

15. Flamm further submits that it has completed all work assigned to them by the Trustee as the Trustee's special counsel in regard to First Bank. Accordingly, Flamm is seeking final compensation for the work it performed for the benefit of the estate which includes all

interim compensation and reimbursement for expenses previously awarded while representing the Trustee with respect to First Bank.

WHEREFORE, Matthew Flamm and the law firm of Flamm, Teibloom & Stanko, Ltd., special counsel to the Trustee Alex D. Moglia, respectfully request that this Court enter an order:

(i)     Allowing and authorizing the Trustee to finalize allowances on all compensation and disbursements for expenses previously awarded on an interim basis and,

(ii)    granting such other and further relief as this Court deems just and appropriate.

>Respectfully submitted,
>**FLAMM TEIBLOOM & STANKO, LTD.,**
>
>BY: /s/ Kurt M. Carlson

Kurt M. Carlson ARDC #6236568
Martin J. Wasserman ARDC #6294040
CARLSON DASH, LLC
216 S. Jefferson Street, Suite 504
Chicago, Illinois 60661
Telephone: (312) 382-1600

7