**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer |

**COVER SHEET FOR APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION OF ALEX D. MOGLIA, TRUSTEE, WITH RESPECT TO SIGNATURE BANK**

| | |
|---|---|
| Name of Applicant: | Alex D. Moglia, Trustee |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee, Alex D. Moglia **for the benefit of Signature Bank** |
| Date of Order Authorizing Employment: | October 5, 2012 |
| Period for which compensation is sought: | October 5, 2012 through February 3, 2016 |
| Total Amount of Fees and Expenses (final application): | $9,744.80 |
| Compensation and reimbursement previously allowed and awarded on an interim basis | $9,744.80 by order dated March 15, 2016 |

Dated: <u>July 12, 2017</u>

/s/ Alex D. Moglia
Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:   (847) 884-8282
Fx:   (847) 884-1188

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: August 28, 2017 at 10:00am |

**NOTICE OF MOTION**

TO:    See certificate of service

**PLEASE TAKE NOTICE** that on August 28, 2017 at 10:00 a.m. or as soon thereafter as Alex D. Moglia, Chapter 7 Trustee may be heard, Mr. Moglia shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Final Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to Signature Bank,* a copy of which accompanies this Notice.

BY: /s/ Alex D. Moglia<br>
Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:    (847) 884-8282
Fx:    (847) 884-1188

**CERTIFICATE OF SERVICE**

  Karen Nandapreecha, the undersigned hereby certifies that she caused a true and correct copy of the foregoing *Notice of Motion* and the *Final Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to Signature Bank,* to be served on all parties listed below via First Class U.S. Mail by placing the same in properly addressed envelopes, with postage pre-paid on July 31, 2017.

Salta Group, Inc.
666 Vernon Ave.
Glencoe, IL 60022

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Denise A. Delaurent
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Bank Financial, F.S.B.
c/o William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

Brookdale at Darien Condo Association
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Cavalry Investments, LLC as assignee
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

City of Chicago
Corporation Counsel
30 N. LaSalle Street, Suite 800

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

David Paul Holtkamp
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Sara E. Lorber
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

First Bank
c/o Fred R. Harbecke
29 S. LaSalle Street, Suite 945
Chicago, IL 60603

Brian M. Graham
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, IL 60601

CBIZ MHM, LLC
One D. Wacker Drive, Suite 1800
Chicago, IL 60606

CenTrust Bank, N.A.
77 W. Washington Street, Suite 2100
Chicago, IL 60602

City of Farmington
c/o Besic Law Offices, P.C.
5 E. Wilson Street

Chicago, IL 60602

Commonwealth Edison Co.
P.O. Box 805398
Chicago, IL 60680

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

Marshall Atlas
1136 Skokie Ridge Drive
Glencoe, IL 60022

Michael Mulcahy
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Nicor Gas
P.O. Box 632
Aurora, IL 60507

North Shore Community Bank & Trust
c/o D. Lipke and W. Thorsness
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

People's Bank of Arlington Heights
c/o Caren A. Lederer
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602
Robert A. Langendorf
Robert A. Langendorf, P.C.
134 N. LaSalle Street, Suite 1515

Batavia, IL 60510

Dan Wimmer
4711 Hilltop Drive
Wonder Lake, IL 60097

Edward M. Genson
Law Offices of Edward M. Genson
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Seth Slomovitz
Law Offices of Eric Howell Sayles
11 Dupont Circle NW, Suite 750
Washington, DC 20036

Marshall Atlas
P.O. Box 438
Glencoe, IL 60022

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Northbrook Country Condo Association
c/o Dickler Kahn Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Phoenix Bond & Indemnity Co.
c/o Steven Bobo
Reed Smith, LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Robert Benjamin
Golan & Christie
70 W. Madison Street, Suite 1500

Chicago, IL 60602

Signature Bank
c/o Brotschul Potts, LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606

Chicago, IL 60602

Wells Fargo Bank N.A.
Angela Landry & Stephanie Murray
Larson & Associates, P.C.
230 W. Monroe Street, Suite 2220
Chicago, IL 60606

/s/ Karen Nandapreecha

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: August 28, 2017 |

**FINAL APPLICATION OF ALEX D. MOGLIA FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES WITH RESPECT TO SIGNATURE BANK**

Alex D. Moglia (the "Trustee"), moves this Court pursuant to Sections 327, 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for final allowance of all previous compensation and reimbursement of expenses granted on an interim basis with respect to Signature Bank. In support of this application, the Trustee states as follows:

1. On April 12, 2012 ("Petition Date"), Debtor, Salta Group, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Code ("Chapter 11 case").

2. On May 31, 2012, this Court entered an order appointing Alex Moglia, Esq. as Chapter 11 Trustee (the "Trustee").

3. On October 22, 2012, this case was converted to Chapter 7, and Alex Moglia, Esq. was appointed Chapter 7 Trustee.

6. As part of its business, the Debtor purchased real estate tax certificates in various counties in Illinois (among other states). Illinois law provides many requirements, deadlines and nuances with respect to, on the one hand, a property owner's redemption of tax certificates and,

on the other hand, a tax buyer's taking and recording of deeds for tax certificates that are not redeemed. Suffice it to say, real estate tax certificate law in Illinois is highly specialized.

7. Signature Bank is one of the Debtor's secured lenders. Among its collateral are real estate tax certificates as well as real estate, the latter interests evidenced by mortgages.

8. By order dated October 5, 2012, this Court authorized the Trustee to enter into an agreement with Signature Bank, whereby the Trustee and his professionals would liquidate Signature Bank's collateral in exchange for Signature Bank's payment of the Trustee's and his professionals' fees incurred in doing same. (A copy of the parties' agreement is attached as **Exhibit A**.).

9. **Significantly,** the parties' agreement obligated (i) **Signature Bank—not this estate—**to pay the Trustee's fees; and (ii) the Trustee to obtain Court approval of the reasonableness of its fees prior to Signature Bank paying them. *See* Ex. A.

13. On March 8, 2016, the Trustee filed with this Court the First Interim Application of Alex D. Moglia, Trustee, For the Allowance and Payment of Compensation and Reimbursement of Expenses With Respect To Signature Bank, docket no. 834, seeking interim compensation and reimbursement of expenses in the amounts of $9,685.50 and $59.30, respectively, totaling $9,744.80. Please see **Exhibit B**.

9. On March 15, 2016, this Court entered its Order Granting First Interim Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to Signature Bank, docket no. 837, in the amount of $9,744.80. Please see **Exhibit C**.

17. The Trustee submits that the fees and expenses incurred previously and for which final allowance is sought in this application were actual, reasonable and necessary. As

2

mentioned above, because the Trustee's services benefited Signature Bank directly, **the estate will not be paying the Trustee's fees in connection with this work if this application for final allowance is granted**.

WHEREFORE, the Trustee, Alex D. Moglia, respectfully requests that this Court enter an order:

i. Granting final allowance for all compensation and reimbursement of expenses previously allowed on an interim basis, and

ii. Granting such other and further relief as this Court deems just and appropriate.

Respectfully submitted,
**ALEX D. MOGLIA, TRUSTEE**

BY: /s/ Alex D. Moglia
Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:    (847) 884-8282
Fx:    (847) 884-1188