**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| SALTA GROUP, INC., | Case No. 12-14899 |
| Debtor. | Hon. Jack B. Schmetterer |

**COVER SHEET FOR APPLICATION FOR COMPENSATION OF ALEX D.**
**MOGLIA, TRUSTEE, WITH RESPECT TO ASSOCIATED BANK**

Name of Applicant:                                          Alex D. Moglia, Trustee

Authorized to Provide Professional Services to:    Chapter 7 Trustee, Alex D. Moglia
                                                                   **for the benefit of Associated Bank**

Date of Order Authorizing Employment:             August 3, 2013

Period for which compensation is sought:           February 4, 2016 through
                                                                   July 12, 2017

Total Amount of Fees and Expenses (this application):   $3,103.17

Compensation and reimbursement previously          $7,016.78 by order dated
allowed and awarded:                                        March 15, 2016

Dated:  July 13, 2017

                                                                   /s/ Alex D. Moglia_____
                                                                   Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:     (847) 884-8282
Fx:     (847) 884-1188

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>　　SALTA GROUP, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: August 28, 2017 |

**NOTICE OF MOTION**

TO:　　See certificate of service

　　**PLEASE TAKE NOTICE** that on August 28, 2017 at 10:00 a.m. or as soon thereafter as Alex D. Moglia, Chapter 7 Trustee may be heard, Mr. Moglia shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Final Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to Associated Bank,* a copy of which accompanies this Notice.

　　　　　　　　　　　　　　　　BY: /s/ Alex D. Moglia
　　　　　　　　　　　　　　　　　　Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:　　(847) 884-8282
Fx:　　(847) 884-1188

2

# CERTIFICATE OF SERVICE

Karen Nandapreecha, the undersigned attorney of record, hereby certifies that he caused a true and correct copy of the foregoing *Notice of Motion* and the *Final Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to Associated Bank,* to be served on all parties listed below via First Class U.S. Mail by placing the same in properly addressed envelopes, with postage pre-paid on July 31, 2017.

Salta Group, Inc.
666 Vernon Ave.
Glencoe, IL 60022

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Denise A. Delaurent
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Bank Financial, F.S.B.
c/o William J. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

Signature Bank
6400 N. Northwest Highway
Chicago, IL 60631

Brookdale at Darien Condo Association
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

Cavalry Investments, LLC as assignee
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

City of Chicago
Corporation Counsel
30 N. LaSalle Street, Suite 800

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

David Paul Holtkamp
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

Sara E. Lorber
Law Office of William J. Factor, Ltd.
105 W. Madison, Suite 1500
Chicago, IL 60602

First Bank
c/o Fred R. Harbecke
29 S. LaSalle Street, Suite 945
Chicago, IL 60603

Brian M. Graham
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, IL 60601

CBIZ MHM, LLC
One D. Wacker Drive, Suite 1800
Chicago, IL 60606

CenTrust Bank, N.A.
77 W. Washington Street, Suite 2100
Chicago, IL 60602

City of Farmington
c/o Besic Law Offices, P.C.
5 E. Wilson Street

Chicago, IL 60602

Commonwealth Edison Co.
P.O. Box 805398
Chicago, IL 60680

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

Marshall Atlas
1136 Skokie Ridge Drive
Glencoe, IL 60022

Michael Mulcahy
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Nicor Gas
P.O. Box 632
Aurora, IL 60507

North Shore Community Bank & Trust
c/o D. Lipke and W. Thorsness
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

People's Bank of Arlington Heights
c/o Caren A. Lederer
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602
Robert A. Langendorf
Robert A. Langendorf, P.C.
134 N. LaSalle Street, Suite 1515

Batavia, IL 60510

Dan Wimmer
4711 Hilltop Drive
Wonder Lake, IL 60097

Edward M. Genson
Law Offices of Edward M. Genson
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Seth Slomovitz
Law Offices of Eric Howell Sayles
11 Dupont Circle NW, Suite 750
Washington, DC 20036

Marshall Atlas
P.O. Box 438
Glencoe, IL 60022

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Northbrook Country Condo Association
c/o Dickler Kahn Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Phoenix Bond & Indemnity Co.
c/o Steven Bobo
Reed Smith, LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Robert Benjamin
Golan & Christie
70 W. Madison Street, Suite 1500

4

Chicago, IL 60602

Signature Bank
c/o Brotschul Potts, LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606

Chicago, IL 60602

Wells Fargo Bank N.A.
Angela Landry & Stephanie Murray
Larson & Associates, P.C.
230 W. Monroe Street, Suite 2220
Chicago, IL 60606

/s/ Karen Nandapreecha

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

SALTA GROUP, INC.,

                    Debtor.

Chapter 7

Case No. 12-14899

Hon. Jack B. Schmetterer

Hearing: August 28, 2017

---

**FINAL APPLICATION OF ALEX D. MOGLIA FOR THE ALLOWANCE AND**
**PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**WITH RESPECT TO ASSOCIATED BANK**

---

Alex D. Moglia (the "Trustee"), move this Court pursuant to Sections 327, 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for allowance and payment of final compensation totaling $2,997.50 and reimbursement of out-of-pocket expenses totaling $106.21 incurred in connection with services rendered for the benefit of Associated Bank during the period February 4, 2016 through July 12, 2017.  **IF APPROVED, THE FEES AND EXPENSES SOUGHT IN THIS APPLICATION WILL NOT BE PAID WITH ESTATE FUNDS**.  In addition, the Trustee seeks final allowance of all previous compensation and reimbursement of expenses granted on an interim basis.  In support of this application, the Trustee states as follows:

1.      On April 12, 2012 ("Petition Date"), Debtor, Salta Group, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Code ("Chapter 11 case").

2.      On May 31, 2012, this Court entered an order appointing Alex Moglia, Esq. as Chapter 11 Trustee (the "Trustee").

3.      On October 22, 2012, this case was converted to Chapter 7, and the Trustee was appointed Chapter 7 Trustee.

4.      As part of its business, the Debtor purchased real estate tax certificates in various counties in Illinois (among other states). Illinois law provides many requirements, deadlines and nuances with respect to, on the one hand, a property owner's redemption of tax certificates and, on the other hand, a tax buyer's taking and recording of deeds for tax certificates that are not redeemed. Suffice it to say, real estate tax certificate law in Illinois is highly specialized.

5.      Associated Bank is one of the Debtor's secured lenders.  Among its collateral are real estate tax certificates as well as real estate, the latter interests evidenced by mortgages.

6.      By Order dated August 3, 2013, this Court authorized the Trustee to enter into an agreement with Associated Bank, whereby the Trustee and his professionals would liquidate Associated Bank's collateral in exchange for Associated Bank's payment of the Trustee's professionals' fees incurred in doing same. (A copy of the parties' agreement is attached as **Exhibit A**).

7.      **Significantly**, the parties' agreement obligates (i) Associated Bank—**not this estate**—to pay the Trustee 's fees; and (ii) the Trustee to obtain Court approval of the reasonableness of its fees prior to Associated Bank paying them. *See* Ex. A.

8.      On March 8, 2016, the First Interim Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to Associated Bank, docket #833, requesting $6,991.50 for fees and $25.28 for expense reimbursement, was filed with this court.

9.      On March 15, 2016, this court entered its Order Granting Application for Compensation, docket #838, granting interim allowance of $6,991.50 in fees and reimbursement of expenses in the amount of $25.28.  Please see **Exhibit B**.

9.      An itemized statement of services rendered by the Trustee for the period for which compensation is sought is attached as **Exhibit C**.  During the applicable period, the Trustee conducted the following **tasks** in connection with Associated Bank's interests:

**A.**      **Accounting and Auditing:**

    i.   Posted deposits of funds received and prepared payments as necessary;

    ii.  Reconciled deposits, disbursements and bank statements.

**1.60 hours      $455.00**

**B.**      **Asset Disposition:**

    i.   Evaluated offers for various properties;

    ii.  Worked with counsel on disposition of collateral;

    iii. Reviewed all necessary documents.

**0.60 hours      $270.00**

**C.**      **Case Administration**:

    i.   Oversaw general activities related to Associated Bank collateral;

    ii.  Prepared and reviewed documents related to Associated Bank collateral.

**0.60 hours      $235.00**

3

D.     **Employment and fee applications:**

i.   Reviewed applications by professionals for fees and reimbursement of expenses related to Associated Bank collateral.

**6.40 hours          $2,037.50**

10.     A summary of the <u>total time expended for all services rendered</u> by the Trustee in connection with Associated Bank's interests during the applicable period is broken down as follows:

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Alex D. Moglia, Trustee | 2.20 | $450 | $990.00 |
| Gary A. Wencel, Managing Director | 4.50 | $380 | $1,710.00 |
| Dean Fuko, Support Staff | 1.00 | $185 | $185.00 |
| Karen Nandapreecha, Support Staff | 1.50 | $75 | $112.50 |
| TOTAL: | 9.20 | | $2,997.50 |

11.     In addition, the Trustee has incurred $106.21 in out-of-pocket expenses in connection with monetizing the Associated Bank collateral, e.g., communicating with counsel and Associated Bank.  The expenses are itemized in Exhibit C hereto.

12.     The Trustee submits that the fees and expenses incurred and sought in this application were actual, reasonable and necessary.  As mentioned above, because the Trustee's services benefited Associated Bank directly, **the estate will not be paying the Trustee's fees in connection with this work if this application is granted**.

4

**WHEREFORE**, the Trustee, Alex D. Moglia, respectfully request that this Court enter an order:

i.  Allowing and authorizing the Trustee to pay the Trustee final compensation in the amount of $2,997.50 for services rendered for the benefit of Associated Bank during the period of February 4, 2016 through July 12, 2017;

ii.  Allowing and authorizing reimbursement to the Trustee for out-of-pocket expenses incurred in the amount of $106.21 incurred for the benefit of Associated Bank during the period of February 4, 2016 through July 12, 2017;

iii.  Granting final allowance for all compensation and reimbursement of expenses previously allowed on an interim basis, and

iv.  Granting such other and further relief as this Court deems just and appropriate

Respectfully submitted,
ALEX D. MOGLIA,


BY: /s/ Alex D. Moglia
      Alex D. Moglia


MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:     (847) 884-8282
Fx:     (847) 884-1188