**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer |

**COVER SHEET FOR APPLICATION FOR COMPENSATION OF ALEX D. MOGLIA, TRUSTEE, WITH RESPECT TO FIRST BANK**

| | |
|---|---|
| Name of Applicant: | Alex D. Moglia, Trustee |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee, Alex D. Moglia **for the benefit of First Bank** |
| Date of Order Authorizing Employment: | October 5, 2012 |
| Period for which compensation is sought: | February 4, 2016 through July 13, 2017 |
| Total Amount of Fees and Expenses (this application): | $2,560.24 |
| Compensation and reimbursement previously allowed and awarded: | $11,528.90 by order dated March 15, 2016 |

Dated: <u>July 13, 2017</u>

　　　　　　　　　　　　　　　　　　　　　/s/ Alex D. Moglia＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:　　(847) 884-8282
Fx:　　(847) 884-1188

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: August 28, 2017 |

**NOTICE OF MOTION**

TO:   See certificate of service

**PLEASE TAKE NOTICE** that on August 28, 2017 at 10:00 a.m. or as soon thereafter as Alex D. Moglia, Chapter 7 Trustee may be heard, Mr. Moglia shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682 of the Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the *Final Application of Alex D. Moglia, Trustee, for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to First Bank,* a copy of which accompanies this Notice.

BY: /s/ Alex D. Moglia
Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:   (847) 884-8282
Fx:   (847) 884-1188

## **CERTIFICATE OF SERVICE**

Karen Nandapreecha, the undersigned hereby certifies that he caused a true and correct copy of the foregoing the *Final Application of Alex D. Moglia, Trustee, for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to First Bank,* to be served on all parties listed below via First Class U.S. Mail by placing the same in properly addressed envelopes, with postage pre-paid on July 31, 2017.

| | |
|---|---|
| Salta Group, Inc.<br>666 Vernon Ave.<br>Glencoe, IL 60022 | William J. Factor<br>Law Office of William J. Factor, Ltd.<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604 | David Paul Holtkamp<br>Law Office of William J. Factor, Ltd.<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 |
| Denise A. Delaurent<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604 | Sara E. Lorber<br>Law Office of William J. Factor, Ltd.<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 |
| Bank Financial, F.S.B.<br>c/o William J. Connelly<br>Hinshaw & Culbertson LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601 | First Bank<br>c/o Fred R. Harbecke<br>29 S. LaSalle Street, Suite 945<br>Chicago, IL 60603 |
| Signature Bank<br>6400 N. Northwest Highway<br>Chicago, IL 60631 | Brian M. Graham<br>Pedersen & Houpt<br>161 N. Clark Street, Suite 3100<br>Chicago, IL 60601 |
| Brookdale at Darien Condo Association<br>c/o Kovitz Shifrin Nesbit<br>750 W. Lake Cook Road, Suite 350<br>Buffalo Grove, IL 60089 | CBIZ MHM, LLC<br>One D. Wacker Drive, Suite 1800<br>Chicago, IL 60606 |
| Cavalry Investments, LLC as assignee<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 | CenTrust Bank, N.A.<br>77 W. Washington Street, Suite 2100<br>Chicago, IL 60602 |
| City of Chicago<br>Corporation Counsel<br>30 N. LaSalle Street, Suite 800 | City of Farmington<br>c/o Besic Law Offices, P.C.<br>5 E. Wilson Street |

Chicago, IL 60602

Commonwealth Edison Co.
P.O. Box 805398
Chicago, IL 60680

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

Marshall Atlas
1136 Skokie Ridge Drive
Glencoe, IL 60022

Michael Mulcahy
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Nicor Gas
P.O. Box 632
Aurora, IL 60507

North Shore Community Bank & Trust
c/o D. Lipke and W. Thorsness
Vedder Price, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

People's Bank of Arlington Heights
c/o Caren A. Lederer
Golan & Christie
70 W. Madison Street, Suite 1500
Chicago, IL 60602
Robert A. Langendorf
Robert A. Langendorf, P.C.
134 N. LaSalle Street, Suite 1515

Batavia, IL 60510

Dan Wimmer
4711 Hilltop Drive
Wonder Lake, IL 60097

Edward M. Genson
Law Offices of Edward M. Genson
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Seth Slomovitz
Law Offices of Eric Howell Sayles
11 Dupont Circle NW, Suite 750
Washington, DC 20036

Marshall Atlas
P.O. Box 438
Glencoe, IL 60022

New City Bank
900 S. Michigan Ave.
Chicago, IL 60605

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Northbrook Country Condo Association
c/o Dickler Kahn Slowikowski & Zavell, Ltd.
85 W. Algonquin Road, Suite 420
Arlington Heights, IL 60005

Phoenix Bond & Indemnity Co.
c/o Steven Bobo
Reed Smith, LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Robert Benjamin
Golan & Christie
70 W. Madison Street, Suite 1500

Chicago, IL 60602

Signature Bank
c/o Brotschul Potts, LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606

Chicago, IL 60602

Wells Fargo Bank N.A.
Angela Landry & Stephanie Murray
Larson & Associates, P.C.
230 W. Monroe Street, Suite 2220
Chicago, IL 60606

/s/ Karen Nandapreecha

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>SALTA GROUP, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-14899<br><br>Hon. Jack B. Schmetterer<br><br>Hearing: _____ |

**FINAL APPLICATION OF ALEX D. MOGLIA, TRUSTEE, FOR THE
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES WITH RESPECT TO FIRST BANK**

Alex D. Moglia ("Moglia" or the "Trustee"), moves this Court pursuant to Sections 327, 330 and 331 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for final allowance and payment of compensation totaling $2,454.50 and reimbursement of out-of-pocket expenses totaling $105.74 incurred in connection with services rendered for the benefit of First Bank during the period of February 4, 2016 through July 13, 2017. **IF APPROVED, THE FEES AND EXPENSES SOUGHT IN THIS APPLICATION <u>WILL NOT BE PAID WITH ESTATE FUNDS</u>**. In addition, the Trustee seeks final allowance of all previous compensation and reimbursement of expenses granted on an interim basis. In support of this application, the Trustee states as follows:

1. On April 12, 2012 ("Petition Date"), Debtor, Salta Group, Inc. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Code ("Chapter 11 case").

2. On May 31, 2012, this Court entered an order appointing Alex Moglia, Esq. as Chapter 11 Trustee (the "Trustee").

3. On October 22, 2012, this case was converted to Chapter 7, and the Trustee was appointed Chapter 7 Trustee.

4. As part of its business, the Debtor purchased real estate tax certificates in various counties in Illinois (among other states). Illinois law provides many requirements, deadlines and nuances with respect to, on the one hand, a property owner's redemption of tax certificates and, on the other hand, a tax buyer's taking and recording of deeds for tax certificates that are not redeemed. Suffice it to say, real estate tax certificate law in Illinois is highly specialized.

5. First Bank is one of the Debtor's secured lenders. Among its collateral are real estate tax certificates as well as real estate, the latter interests evidenced by mortgages.

6. By order dated October 5, 2012, this Court authorized the Trustee to enter into an agreement with First Bank, whereby the Trustee and his professionals would liquidate First Bank's collateral in exchange for First Bank's payment of the Trustee's and his professionals' fees incurred in doing same. (A copy of the parties' agreement is attached as **Exhibit A**).

7. Proceeds from the liquidation of First Bank's collateral have been retained in separate accounts held by the estate for the purpose of paying the Trustee's fees and expenses related to that liquidation. **Significantly,** the parties' agreement obligates (i) First Bank—**not this estate**—to pay the Trustee's fees and expenses; should such proceeds not be adequate to cover such fees and expenses, and (ii) the Trustee to obtain Court approval of the reasonableness of its fees and expenses prior to paying them from the separate accounts holding First Bank's collateral proceeds. See Ex. A.

8. On March 3, 2016, the Trustee filed with this Court his First Interim Application of Alex D. Moglia, Trustee, For The Allowance and Payment Of Compensation and Reimbursement of Expenses With Respect To First Bank, docket no. 835, seeking interim compensation and

2

reimbursement of expenses related to the First Bank arrangement, in the amounts of $11,527.50 and $1.40, respectively, totaling $11,528.90.

9. On March 15, 2016, this Court entered its Order Granting First Interim Application of Alex D. Moglia for the Allowance and Payment of Compensation and Reimbursement of Expenses with Respect to First Bank, docket no. 836, granting interim compensation and reimbursement of expenses in the amount of $11,528.90. Please see **Exhibit B**.

10. An itemized statement of services rendered to the Trustee for the period for which compensation is sought is attached as **Exhibit C**. During the applicable period, the Trustee conducted the following **tasks** in connection with First Bank's interests:

    **A. Accounting and Auditing:**

        i. Reconciled deposits, disbursements and bank statements.

        **0.20 hours    $37.00**

    **B. Case Administration**:

        i. Oversaw general activities related to First Bank collateral;

        **0.90 hours    $405.00**

    **C. Employment and fee applications:**

        i. Prepared and reviewed the Trustee's application for interim compensation and reimbursement of expenses related to First Bank collateral.

        ii. Prepared and reviewed this application for .final compensation and reimbursement of expenses related to First Bank collateral.

        **6.50 hours    $2,012.50**

10. A summary of the <u>total time expended for all services rendered</u> by the Trustee in connection with First Bank's interests during the applicable period is broken down as follows:

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Alex D. Moglia, Trustee | 0.90 | $450 | $405.00 |
| Gary A. Wencel, Managing Director | 5.00 | $380 | $1,900.00 |
| Dean Fuko, Support Staff | 0.20 | $185 | $37.00 |
| Karen Nandapreecha, Support Staff | 1.50 | $75 | $112.50 |
| **TOTAL:** | **7.60** | | **$2,545.50** |

11. In addition, the Trustee has incurred $105.74 in out-of-pocket expenses in connection with monetizing the First Bank collateral, e.g., communicating with counsel and costs associated with the sales of the real estate described above. The expenses are itemized in **Exhibit C** hereto.

12. The Trustee submits that the fees and expenses incurred and sought in this application were actual, reasonable and necessary. As mentioned above, because the Trustee's services benefited First Bank directly, **the estate will not be paying the Trustee's fees in connection with this work if this application is granted**.

5

**WHEREFORE**, Alex D. Moglia, the Trustee, respectfully request that this Court enter an order:

i. Allowing and authorizing First Bank to pay the Trustee final compensation in the amount of $2,454.50 for services rendered for the benefit of First Bank during the period February 4, 2016 through July 13, 2017;

ii. Allowing and authorizing First Bank to reimburse the Trustee for out-of-pocket expenses incurred in the amount of $105.74 incurred for the benefit of First Bank during the period February 4, 2016 through July 13, 2017;

iii. Granting final allowance for all compensation and reimbursement of expenses previously allowed on an interim basis, and

iv. Granting such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

BY: /s/ Alex D. Moglia
     Alex D. Moglia

MOGLIA ADVISORS
1325 Remington Road, Suite H
Schaumburg, IL 60173
Ph:    (847) 884-8282
Fx:    (847) 884-1188