UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**SALTA GROUP, INC.** ) Bankruptcy Case No. 12-14899 JS
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

     The undersigned certifies that on January 24, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    CARLSON DASH, LLC
    216 S. Jefferson Street, Suite 504
    Chicago, IL 60661

    Flamm, Teibloom & Stanko, LTD
    20 N Clark Street
    # 2200
    Chicago, IL 60602

    Associated Bank, NA
    Attn: Michael Stevens Vice President
    16 N. Spring Street, 3rd floor
    Elgin, IL 60120

    Ford Motor Credit Company LLC
    P O Box 6275
    Dearborn, MI 48121

    First Bank
    c/o Fred R. Harbecke
    29 S. LaSalle, Suite 945
    Chicago, IL 60603

Nicor Gas
Po box 549
Aurora, IL 60507

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Brookdale at Darien Condominium Association
c/o Kovitz Shifrin Nesbit
750 West Lake Cook Rd.,Suite 350
Buffalo Grove, IL 60089

BankFinancial, F.S.B.
c/o William J. Connelly, Esq.,
Hinshaw &Culbertson LLP,
222 N. LaSalle Street,Suite 300
Chicago, IL 60601

Reed Smith LLP
as Agent for BCS Svcs, Inc &,Phoenix
Bond & Indemnity Co,
10 S. Wacker Drive,
Chicago, IL 60606

Northbrook Country Condominium Association
Dickler Kahn Slowikowski & Zavell, Ltd.
85 W Algonquin Road, Ste 420
Arlington Heights, IL 60005

North Shore Community Bank & Trust Company
c/o D. Lipke and W. Thorsness,Vedder
Price P.C.,222 N. LaSalle Street, Suite
Chicago, IL 60601

The Peoples' Bank of Arlington Heights
Golan & Christie LLP/Caren A. Lederer, E
70 W. Madison Street, Suite 1500
Chicago, IL 60564

Signature Bank
c/o J Ryan Potts & Chris Fotopolous
Brotschul Potts LLC
230 W Monroe Street, Suite 230
Chicago, IL 60606

Cavalry Portfolio Services
assingee of Ford Credit US
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Office of the U.S. Trustee
219 S. Dearborn St. Rm 873
Chicago, IL 60606

CBIZ MHM LLC
One South Wacker Dr, Ste 1800
Chicago, IL 60606

Marshall M Altas
P O Box 438
Glencoe, IL 60022

Heinrich & Kramer, P.C.
205 W. Randolph Street, Suite 1750
Chicago, IL 60606

Lake Terrace Condominium Association
c/o Kovitz Shifrin Nesbit
750 W Lake Cook Rd., Suite 350
Buffalo Grove, IL 60089

Indian Ridge Improvement Association
c/o Kovitz Shifrin Nesbit
750 W Lake Cook Rd., Suite 350
Buffalo Grove, IL 60089

City of Chicago
Charles A King
121 N. LaSalle St., suite 400
Chicago, IL 60602

City of Chicago
c/o Esther Tryban Telser,
Department of Law,
30 N. LaSalle
Chicago, IL 60602

The Law Office of William J. Factor
105 W. Madison Street
Suite 1500
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


/s/ ALEX D. MOGLIA
Chapter 7 Trustee

ALEX D. MOGLIA, Trustee
1325 REMINGTON RD., STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188